## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Russell Naylor and Suzanne Naylor, h/w | : |
| | : |
| | : |
| v. | : No. 659 C.D. 2018 |
| | : |
| Board of Supervisors of Charlestown Township and French and Pickering Creeks Conservation Trust, Inc. | : |
| | : |
| | : |
| | : |
| | : |
| Appeal of: Board of Supervisors of Charlestown Township | : |
| | : |
| | |
| Russell Naylor and Suzanne Naylor, h/w | : |
| | : |
| | : |
| v. | : No. 707 C.D. 2018 |
| | : Argued: November 13, 2019 |
| Board of Supervisors of Charlestown Township and French and Pickering Creeks Conservation Trust, Inc. | : |
| | : |
| | : |
| | : |
| | : |
| Appeal of: French and Pickering Creeks Conservation Trust, Inc. | : |
| | : |

## PER CURIAM

## O R D E R

NOW, this 24th day of March, 2021, it is ordered that the above-captioned Memorandum Opinion, filed January 7, 2021, shall be designated OPINION and shall be REPORTED.